**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: May 21, 2024**

Hon. Catherine J. Furay
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

TODD M. LEKAN

Case No. 23-11768

Debtor(s).

ORDER TO CONVERT CASE UNDER CHAPTER 7 TO
CASE UNDER CHAPTER 11

Debtor has filed a Motion to Convert in accordance with 11 U.S.C. §706(a) converting this case to a case under Chapter 11 of the United States Bankruptcy Code.

**IT IS HEREBY ORDERED THAT:**

1. The above-captioned action is hereby converted to a case under Chapter 11 of Title 11 of the United States Code.

2. The Chapter 7 Trustee shall, within thirty (30) days of the date of this Order, turn over to the Debtor-in-Possession all records and property of the Debtor's estate remaining in the Chapter 7 Trustee's custody and control.

3. The Chapter 7 Trustee shall, within thirty (30) days of the date of this Order, file an accounting of all receipts and distributions made, together with her report on administration of the case, as required by 11 U.S.C. Section 704(9).

4. The Debtor shall, within fourteen (14) days of the date of this Order, file statements, schedules, required by FRBP §1019(1)(a), if such documents have not already been filed.

### #