UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

TODD M. LEKAN,

Case No. 23-11768-cjf

    Debtor.

**NOTICE FOR HEARING ON APPROVAL OF TODD M. LEKAN'S DISCLOSURE STATEMENT DATED DECEMBER 16, 2024, AND SETTING TIME TO FILE OBJECTIONS TO DISCLOSURE STATEMENT DATED DECEMBER 16, 2024**

TO: All parties in interest.

A disclosure statement under Chapter 11 of the Bankruptcy Code was filed on December 16, 2024 ("Disclosure Statement") by Todd M. Lekan ("Debtor");

NOTICE IS HEREBY GIVEN THAT:

1. The hearing to consider the approval of the Disclosure Statement will be held at the U.S. Courtroom at 120 North Henry Street, Room 350, in the City of Madison, Wisconsin, 53703 on _____, 2025, AT _____ a.m.

2. Objections to the Disclosure Statement shall be filed in accordance with Rule 3017(a) not less than five (5) days prior to the hearing on the Disclosure Statement.

3. All objections shall be made in writing, shall state the basis for the objection with specificity, shall be filed with the Clerk of the United States Bankruptcy Court at the address indicated above, and shall be served upon the undersigned attorney for the Debtor at the address set forth below, the United States Trustee, located at 780 Regent Street, Suite 304, Madison Wisconsin, 53715.

4. The Debtor, by his attorneys, shall transmit the Disclosure Statement and Exhibits to each member of a creditors' committee appointed pursuant to Section 1102 of the Bankruptcy Code, if any, and to any party in interest who requests in writing a copy of the Disclosure Statement.

5. Requests for copies of the Disclosure Statement must be in writing and shall be mailed to KREKELER LAW, S.C., the attorneys for the Debtor-in-Possession, at 26 Schroeder Court, Suite 300, Madison, Wisconsin 53711.

Dated: December 16, 2024.

**KREKELER LAW, S.C.**

By: /s/ Noe J. Rincon
    Noe J. Rincon
    State Bar No. 1124893
    Attorneys for Debtor-in-Possession,
    Todd M. Lekan

**ADDRESS**:
26 Schroeder Ct., Suite 300
Madison, WI 53711
(608) 258-8555 (phone)
nrincon@ks-lawfirm.com