| 11:10 AM | 3-23-11768-cjf | Todd M Lekan | J. Neumeier for UST |
| | Ch 11 | | |

Madison

**Moving:** Noe Joseph Rincon    608-258-8555    for Todd M Lekan

**Debtor or Plaintiff Atty.:**    ✓ Noe Joseph Rincon    608-258-8555    for Todd M Lekan
                             ✓ Kristin J. Sederholm    608-258-8555    for Todd M Lekan

**Matter:** Status hearing on Motion by Debtor to Convert Case to a Chapter 11 (Doc # 39)

**Judge Hearing Notes:**

## U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WISCONSIN

## COURT PROCEEDING MEMO

## OUTCOME:

Granted | Denied | Sustained | Overruled | Allowed | Disallowed | Approved | Withdrawn | Settled | UA

Debtor shall do the following by: _____ (Date) _____ or the case will be dismissed.
_____ Bring current, inc.; _____ (Date) _____ provide information to Trustee
Other: _____ _____ amend plan | _____ amend budget

Plan Confirmed, order to be submitted by: CH 13 TR | CH 12 ATTY | CH 11 ATTY

**SCHEDULE:**
Adj. to  1/23/25  at 10:00. Location: Telephone | Zoom | Hybrid, Deadline: _____
Other: _____ . SF | LF [Zoom Order]  [Madison] OR Eau Claire
__X__  Final/~~Evidentiary Hearing~~ DS Hearing. Parties agree that _2_ ([hours]/ day(s)] will be sufficient to hear the matter.
_____  Issue Standard Pre-Hearing Order
_____  Other: _____
_____  Briefing Schedule | Movant's Brief _____ Response Brief _____ Reply Brief _____
__X__  Other ~~Schedule~~: the Notice of DS at Dkt 86 should have been filed as proposed.

**ORDER:**
_____ Order to be submitted by: _____ | the Court _____
_____ Order at docket no. _____ to be signed

_____ ORDER: For the reasons stated from the bench,

IT IS SO ORDERED:

_____
Catherine J. Furay
U.S. Bankruptcy Judge

_____ cc: Debtor(s)
_____ cc: Pro se party

Current as of 12/12/2024 at 10:13 AM      Printed for Monday, December 16, 2024

† Indicates associated main case data      Page 14 of 64