UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In Re:

TODD M. LEKAN,

Case No. 23-11768-cjf
Chapter 11

Debtor.

## NOTICE FOR HEARING ON APPROVAL OF TODD M. LEKAN'S AMENDED DISCLOSURE STATEMENT DATED FEBRUARY 24, 2025, AND SETTING TIME TO FILE OBJECTIONS TO AMENDED DISCLOSURE STATEMENT

TO: All parties in interest:

An Amended Disclosure Statement under Chapter 11 of the Bankruptcy Code was filed by Todd M. Lekan ("Debtor") on February 24, 2025.

**NOTICE IS HEREY GIVEN THAT:**

1. The hearing to consider the approval of the Debtor's Amended Disclosure Statement Dated February 24, 2025, will be held in Courtroom 350 of the Robert W. Kastenmeier U.S. Courthouse at 120 North Henry Street, Room 350, in the City of Madison, Wisconsin, 53703 on **APRIL 18, 2025, at 10:30 a.m.**

2. The Court permits parties to appear at said hearing in accordance with the terms and provisions of the Court's Order and Instructions for Appearance by Zoom (Evidentiary Hearing) attached to this Notice for Hearing.

3. A copy of Debtor's Amended Disclosure Statement Dated February 24, 2025, and Exhibits ("Amended Disclosure Statement") are all attached to this Notice for Hearing.

4. Objections to the Amended Disclosure Statement shall be filed in accordance with Rule 3017(a) not less than five (5) days prior to the hearing on the Amended Disclosure Statement.

5. All objections shall be made in writing, shall state the basis for the objection with specificity, shall be filed with the Clerk of the United States Bankruptcy Court at the address indicated above, and shall be served upon the undersigned attorney for the Debtor at the address set forth below, and the United States Trustee, located at 780 Regent Street, Suite 304, Madison, Wisconsin, 53715.

6. The Debtor, by his attorneys, shall transmit the Amended Disclosure Statement and Exhibits to each member of a creditors committee appointed pursuant to Section 1 102 of the Bankruptcy Code, if any, and to any party in interest who requests in writing a copy of the Amended Disclosure Statement.

7. Requests for copies of the Amended Disclosure Statement and Exhibits must be in writing and shall be mailed to Krekeler Law, S.C., the attorneys for the Debtor-in-Possession, at 26 Schroeder Court, Suite 300, Madison, WI 53711.

Dated this 19th day of March, 2025.

**KREKELER LAW, S.C.**

By: _____
Noe J. Rincon
State Bar No. 1124893
Attorneys for Debtor,
Todd M. Lekan

Address:
26 Schroeder Court, Suite 300
Madison, WI 53711
Phone: 608-258-8555
Fax: 608-258-8299
nrincon@ks-lawfirm.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

TODD M. LEKAN,

       Debtor.

Case No. 23-11768-cjf
Chapter 11

## CERTIFICATE OF SERVICE

      The undersigned, being first duly sworn on oath, deposes and says that on March 19, 2025, the undersigned, Cheryl Watson, electronically filed with the Clerk of Court and served upon the United States Trustee, the Debtor's attorney, and any other person designated by the Court using the ECF system, the following documents: (1) Notice of Hearing on Approval of Todd M. Lekan's Amended Disclosure Statement Dated February 24, 2025, and Setting Time to File Objections to Amended Disclosure Statement dated February 24, 2025, and (2) a copy of the Amended Disclosure Statement of Todd M. Lekan dated February 24, 2025, with exhibits attached to:

U.S. Trustee's Office
Email: USTPRegion11.MD.ECF@usdoj.gov

Jennifer K. Niemeier, on behalf of Office of the United States Trustee
Email: Jennifer.Niemeier@usdoj.gov

Brian P. Thill, on behalf of Office of the United States Trustee
Email: BrianP.Thill@usdoj.gov

      The undersigned, being first duly sworn on oath, deposes and says that on March 19, 2025, the undersigned mailed, properly enclosed in a postpaid envelope, a copy of the: (1) Notice of Hearing on Approval of Todd M. Lekan's Amended Disclosure Statement Dated February 24, 2025, and Setting Time to File Objections to Amended Disclosure Statement dated February 24, 2025, and (2) a copy of the Amended Disclosure Statement of Todd M. Lekan dated February 24, 2025, with exhibits attached to all on the attached list and to:

    Internal Revenue Service
    ATTN: Erica Highbaugh
    575 N Pennsylvania Street
    M/S SB380
    Indianapolis, IN 46204

Todd M. Lekan
333 Brown Deer Road
Unit G-1911
Milwaukee, WI 53217

By: _____
Cheryl Watson

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0758-3<br>Case 3-23-11768-cjf<br>Western District of Wisconsin www.wiwb.uscour<br>Madison<br>Wed Mar 19 15:00:40 CDT 2025 | Capital One<br>PO Box 4069<br>Carol Stream IL 60197-4069 | Capital One, N.A.<br>by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Fidelity<br>Cardmember Services<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | Heather Leaken<br>1579 S. Commercial St<br>Neenah, WI 54956-4855 |
| IRS - Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Bankruptcy Notices<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Todd M Lekan<br>333 Brown Deer Road<br>Unit G-1911<br>Milwaukee, WI 53217-2372 |
| Marissa Metelica & Jason Reif<br>1034 Halsey St., #1<br>Brooklyn, NY 11207-1016 | Murphy Desmond S.C.<br>P.O. Box 2038<br>Madison, WI 53701-2038 | Nicolet National Bank<br>fka Advantage Community Bank<br>210 N 17th Avenue<br>Wausau, WI 54401-4223 |
| Jennifer K Niemeier<br>Office of the United States Trustee<br>780 Regent Street, Suite 304<br>Madison, WI 53715-1233 | Office of the United States Trustee<br>780 Regent Street<br>Suite 304<br>Madison, WI 53715-1233 | Nicole I. Pellerin<br>33 East Main Street Suite 500<br>P.O. Box 2038<br>Madison, WI 53701-2038 |
| Noe Joseph Rincon<br>Krekeler Law S.C.<br>26 Schroeder Court, Suite 300<br>Madison, WI 53711-2503 | Secretary of Treasury<br>Treasury Department<br>1500 Pennsylvania Avenue N.W.<br>Washington, DC 20220-0001 | Securities and Exchange Commission<br>175 West Jackson Boulevard<br>Suite 900<br>Chicago, IL 60604-2908 |
| Kristin J. Sederholm<br>Krekeler Law, S.C.<br>26 Schroeder Court, Suite 300<br>Madison, WI 53711-2503 | Brian P. Thill<br>Office of the United States Trustee<br>780 Regent Street<br>Suite 304<br>Madison, WI 53715-1233 | U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis, MO 63166-0108 |
| U.S. Trustee's Office<br>780 Regent Street, Suite 304<br>Madison, WI 53715-1233 | US Cellular<br>PO Box 0203<br>Palatine, IL 60078-0203 | United States Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Wisconsin Department of Revenue<br>ATTN: Bankruptcy Unit, MS 5-144<br>PO Box 8901<br>Madison, WI 53708-8901 | Wisconsin Dept. of Workforce Development<br>Division of Unemployment Insurance<br>P.O. Box 8914<br>Madison, WI 53708-8914 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cardmember Service
P.O. Box 790408
Saint Louis, MO 63179-0408

(d)Elan Financial Services
Bankruptcy Department
P.O. Box 5229
Cincinnati, OH 45201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alexandria Lekan

End of Label Matrix
Mailable recipients 26
Bypassed recipients 1
Total 27